IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31062
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BOBBIE LONDON, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CR-104
- - - - - - - - - -

November 12, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

James J. O'Connor, court-appointed counsel for Bobbie London, Jr., has filed a brief, a supplemental brief, and a second supplemental brief as required by Anders v. California, 386 U.S. 738 (1967), and the previous orders of this court. We have independently reviewed counsel's briefs, the record, and London's responses to counsel's motion to withdraw and find no nonfrivolous issues. London's response to the Government's objection to his filing of a supplemental response to counsel's Anders brief is construed as a motion to file his supplemental response out of

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

time, which is GRANTED.  The motion to withdraw is GRANTED, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. 42.2.